### FIFTY–FOURTH STREET REALTY CO. v. GOODMAN.

(Supreme Court, Appellate Term, First Department.   May 15, 1913.)

Appeal from Municipal Court, Borough of Manhattan, Third District.
Action by the Fifty-Fourth Street Realty Company against Fred F. Goodman.   From a judgment for plaintiff, defendant appeals.   Affirmed.
Argued May term, 1913, before LEHMAN, BIJUR, and WHITAKER, JJ.

BIJUR, J.   This case being in all respects similar to No. 108 (141 N. Y. Supp. 959), except that the rent, which forms the basis of the proceeding, was for the month of March, 1913, the order is similarly affirmed, with costs.

The only point made by the appellant that differentiates this case from the other is that, having already obtained a final order, this second action should not have been brought for the next installment of rent.   All concur.